**Lonnell L. JOHNSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 94212.

Missouri Court of Appeals,
Eastern District,
Division Five.

Oct. 19, 2010.

Brocca Smith, St. Louis, MO, for appellant.

Chris Koster, Dora A. Fichter, Jefferson City, MO, for respondent.

Before: GARY M. GAERTNER, JR., P.J., MARY K. HOFF, J., and PATRICIA L. COHEN, J.

*ORDER*

PER CURIAM.

Lonnell L. Johnson appeals from the motion court's judgment denying his Rule

1. All rule references are to Mo. R.Crim.

29.15[1] motion. We have reviewed the briefs of the parties and the record on appeal, and we conclude the motion court's denial of post-conviction relief was not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties, for their use only. We affirm the judgment pursuant to Rule 84.16(b).

P.2010, unless otherwise indicated.